IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE John L. Kane

Criminal Action No.   13-cr-00218-JLK

UNITED STATES OF AMERICA,

     Plaintiff,

v.

Joseph Ferrara,

     Defendant.

---

## ORDER EXONERATING BOND

Kane, J.

     Finding that all of the conditions of the 18 U.S.C. § 3142(c) appearance bond imposed by the Court as a pretrial matter having been satisfied, it is

     **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

     **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED at Denver, Colorado, this 25th day of November, 2013.

                                                    **s/John L. Kane**
                                                    SENIOR U.S. DISTRICT JUDGE