IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **13-cr-218-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.   DR. JOSEPH FERRARA, a/k/a "DR. JOE",**

        Defendant.

## ORDER DENYING MOTION TO RECONSIDER

Kane, J.

This matter is before the court on the Defendant Ferrara's Motion to Reconsider Order Granting Government's Motion to Dismiss Counts Without Prejudice and to Preserve Civil Forfeiture Claims [doc. #199], filed May 6, 2014.  The Motion is **DENIED**.  The order granting dismissal without prejudice and preserving forfeiture claims stands as originally entered by this court on May 5, 2014.

Dated this 16th day of May, 2014.

                            BY THE COURT:

                            ***s/John L. Kane***
                            John L. Kane, Senior Judge
                            United States District Court